IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2110- SKC

ADAM C. GOETSCH,

    Plaintiff,

X BAR FLY, INC., a Colorado Corporation,
d/b/a Sato, DOWNTOWN BROWN, a Colorado limited liability company,
d/b/a Café 163, and PETER TILDEN MUELLER, an individual,

    Defendants.

---

### ENTRY OF APPEARANCE OF MICHAEL G. BROWNLEE

---

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

I hereby certify that I am a member in good standing of the bar of this court, and appear in this case as counsel for Defendants, X BAR FLY, INC., a Colorado Corporation, d/b/a Sato, DOWNTOWN BROWN, a Colorado limited liability company, d/b/a Café 163, and Peter Tilden Mueller.

Dated this 29th of March 2021

                                                               **BROWNLEE & ASSOCIATES, LLC**

                                    By:    */s/ Michael G. Brownlee*
                                               Michael G. Brownlee, #40543
                                               P.O. Box 1658
                                               Avon, Colorado 81620
                                               Office No.: (970) 444-5570
                                               Email: michael@brownleelawllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March 2021, I filed via CM/ECF and which will serve the foregoing on all parties at their respective email addresses listed below:

Gary M. Kramer
 GARY KRAMER LAW, LLC
1465 Kelly Johnson Blvd, Suite 210
Colorado Springs, Colorado 80920
Tel. No.: (719) 694-2783
Fax No.: (719) 452-3622
Email: gary@garykramerlaw.com

**Counsel for Plaintiff**

*/s/ Michael G. Brownlee*
Michael G. Brownlee
