IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2110-RBJ

ADAM C. GOETSCH,

    Plaintiff,

v.

X BAR FLY, INC., dba Sato,
DOWNTOWN BROWN, dba Café 163,
and PETER TILDEN MUELLER

    Defendants.

## NOTICE OF SETTLEMENT

The parties, by and through their respective undersigned counsel, hereby provide notice to the Court that they have reached a settlement in this matter. Once they have finalized their confidential agreement shortly, they will file a joint stipulation of dismissal.

Respectfully submitted this 11th day of August, 2021,

| | |
|---|---|
| *s/ Gary M. Kramer* | *s/Michael G. Brownlee* |
| Gary M. Kramer | Michael G. Brownlee |
| Gary Kramer Law, LLC | Brownlee & Associates, LLC |
| 1465 Kelly Johnson Blvd, Ste 210 | P.O. Box 1658 |
| Colorado Springs, CO 80920 | Avon, Colorado 81620 |
| Tel: 719-694-2783 | Tel: (970) 444-5570 |
| gary@garykramerlaw.com | michael@brownleelawllc.com |
| **Attorney for Plaintiff** | **Attorney for Defendants** |

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on the date indicated below, I filed the foregoing with the Court through CM/ECF, which will serve a copy on all parties of record.

| ___08/11/2021_____ | /s/Gary M. Kramer_____ |
|---|---|
| Date | Gary M. Kramer, Attorney |