IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2110-RBJ

ADAM C. GOETSCH,

    Plaintiff,

v.

X BAR FLY, INC., dba Sato,
DOWNTOWN BROWN, dba Café 163,
and PETER TILDEN MUELLER

    Defendants.
_____

### STIPULATION OF DISMISSAL WITH PREJUDICE
_____

Plaintiff Adam C. Goetsch and Defendants X Bar Fly, Inc., Downtown Brown, and Peter Tilden Mueller (collectively, the Parties"), by and through their respective undersigned attorneys, hereby stipulate to dismissal of all claims with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each of the Parties to bear his or its own costs and attorneys' fees.

Respectfully submitted this 20th day of September, 2021.

| | |
|---|---|
| */s/Gary M. Kramer*_____ | */s/Michael G. Brownlee*_____ |
| Gary M. Kramer | Michael G. Brownlee |
| Gary Kramer Law, LLC | Brownlee & Associates, LLC |
| 1465 Kelly Johnson Blvd, Suite 210 | P.O. Box 1658 |
| Colorado Springs, CO  80920 | Avon, Colorado 81620 |
| Tel (719) 694-2783 | Tel: (970) 444-5570 |
| gary@garykramerlaw.com | michael@brownleelawllc.com |
| | |
| **Attorney for Plaintiff** | **Attorney for Defendants** |

## CERTIFICATE OF SERVICE

      I hereby certify that on the date below, I filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Court via CM/ECF, which will serve a copy upon Defendants' counsel as follows:

Michael G. Brownlee
Brownlee & Associates, LLC
P.O. Box 1658
Avon, Colorado 81620
Tel: (970) 444-5570
michael@brownleelawllc.com

| | |
|---|---|
|   09/20/2021 | */s/Gary M. Kramer* |
| Date | Gary M. Kramer |